# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                                         Case No. _____

ESTRADA QUILES, MANUEL                     Chapter 13

Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 9/06/2011              ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION        Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 2,000.00 x 60 = $ 120,000.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 120,000.00

Additional Payments:
$ 75,000.00 to be paid as a LUMP SUM within 60 months with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
EVERY 3 MONTHS WHEN DEBTOR COLLECTS DEBTOR WILL PAY AN ADITIONAL $3,750.00

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 195,000.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ _____

Signed: /s/ MANUEL ESTRADA QUILES
        Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

2. ☑ Trustee pays IN FULL Secured Claims:
Cr. First Federal Savings    Cr. First Federal Savings    Cr. See Attached
# 100738671380019    # 100738671380018    # _____
$ 36,125.00    $ 36,125.00    $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other:
_____

6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTOR WILL PROVIDE INSURANCE FOR FIRST BANK VEHICLES AND OPTION LEASE VEHICLES.

DEBTOR LIFT THE AUTOMATIC STAY IN FAVOR 1) OCWEN LOAN, 2)IN FAVOR OF FIRST BANK MORTGAGE OVER PROPERTY IN ANDREAS COURT, 3)ASSOCIACION DE RESIDENTES DE ANDREAS COURT AND 4) SCOTIA BANK LEASE.

Attorney for Debtor Jose Prieto                 Phone: (787) 607-2066

CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** ESTRADA QUILES, MANUEL _____  Case No. _____
                                    Debtor(s)

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

|  | Cr | # | $ |
|---|---|---|---|
| **Trustee pays IN FULL Secured Claims:** | First Federal Savings | 100738671380017 | 36,117.00 |
| | First Federal Savings | 100738671380039 | 20,634.00 |
| | LEASE OPTION | 1081 | 18,217.00 |
| | LEASE OPTION | 1082 | 18,900.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only